UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>           Plaintiff,<br><br>    v.<br><br>J. CEBALLOS, et al.,<br><br>           Defendants. | Case No. 1:20-cv-00358-NONE-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AS MOOT**<br><br>(Doc. 14) |

      The Court recently granted Plaintiff's request for an extension of time to comply with the Court's first screening order. (Doc. 13.) According to this extension, Plaintiff has until July 1, 2020, to file a first amended complaint curing the deficiencies identified in the screening order. (*Id.*)

///

///

///

///

///

///

///

The same day that the Court granted the extension of time to file the amended complaint, Plaintiff filed a second motion for an extension of time to amend his complaint. (Doc. 14.) As stated above, the Court has already granted Plaintiff an extension of time; thus, the Court denies Plaintiff's second motion for an extension as moot.

IT IS SO ORDERED.

Dated:   **May 30, 2020**                              **/s/ Jennifer L. Thurston**
                                                                                   UNITED STATES MAGISTRATE JUDGE