1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11    SHIKEB SADDOZAI,                          No. 1:20-cv-00358-NONE-JLT (PC)

12                      Plaintiff,              ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS AND DENYING
13         v.                                   MOTION FOR PRELIMINARY INJUNCTION

14    J. CEBALLOS, et al.,
                                                (Doc. Nos. 8-9, 11)
15                      Defendants.

16

17         Plaintiff Shikeb Saddozai is a state prisoner proceeding *pro se* and *in forma pauperis* in

18   this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On May 19, 2020, the assigned magistrate judge filed findings and recommendations,

21   recommending that plaintiff's motion for a preliminary injunction (Doc. Nos. 8-9) be denied.

22   (Doc. No. 11.)  The magistrate judge found that plaintiff failed to show that he is likely succeed

23   on the merits of his claims or that he will suffer irreparable harm if the court denies his requested

24   preliminary relief.  (*Id.* at 2-3).  The magistrate judge also found that plaintiff's requested

25   injunction is unrelated to the claims asserted in his complaint pending before this court.  (*Id.* at 3.)

26   The findings and recommendations were served on plaintiff and provided him fourteen (14) days

27   to file objections thereto.  (*Id.* at 3.)

28   /////

1    Plaintiff filed timely objections on May 28, 2020.  (Doc. No. 14.)  In those objections,

2   plaintiff raises claims against the prison law library supervisor, M. Lirones.  Plaintiff alleges that

3   Lirones has engaged in retaliatory conduct against plaintiff because plaintiff filed an inmate

4   grievance regarding denials of his access to the prison law library.  (*See id.* at 1-4.)

5    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a

6   *de novo* review of this case.  Having carefully reviewed the file, including plaintiff's objections,

7   the court finds the findings and recommendations to be supported by the record and proper

8   analysis.  Plaintiff has not shown that he will suffer irreparable harm if the court denies his

9   request for preliminary relief, and the claims advanced in his objections, like those in his motion

10   for a preliminary injunction, are unrelated to the claims asserted in his pending complaint.

11   (*Compare* Doc. No. 1 *with* Doc. Nos. 8-9, 14.)

12    Accordingly,

13    1.    The findings and recommendations filed on May 19, 2020 (Doc. No. 11) are

14        adopted in full; and,

15    2.    Plaintiff's motion for a preliminary injunction (Doc. Nos. 8-9) is denied.

16   IT IS SO ORDERED.

17   Dated:  __**June 2, 2020**__                    _____

18                             UNITED STATES DISTRICT JUDGE

2